B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re   Building #19, Inc.                                         Case No.
                                    Debtor(s)                      Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CITY OF NEW BEDFORD<br>NEW BEDFORD HEALTH DEPARTMENT<br>1213 PURCHASE STREET<br>New Bedford, MA 02740 | CITY OF NEW BEDFORD<br>NEW BEDFORD HEALTH DEPARTMENT<br>1213 PURCHASE STREET<br>New Bedford, MA 02740 | | | 353,166.00 |
| TOWN OF NORWOOD<br>COLLECTOR OF TAXES<br>P.O. BOX 9101<br>Norwood, MA 02062 | TOWN OF NORWOOD<br>COLLECTOR OF TAXES<br>P.O. BOX 9101<br>Norwood, MA 02062 | | | 306,651.00 |
| CITY OF PAWTUCKET<br>CITY HALL<br>OFFICE OF THE CITY CLERK<br>Pawtucket, RI 02860 | CITY OF PAWTUCKET<br>CITY HALL<br>OFFICE OF THE CITY CLERK<br>Pawtucket, RI 02860 | | | 202,303.00 |
| NSTAR Electric<br>P.O. BOX 660369<br>Dallas, TX 75266 | NSTAR Electric<br>P.O. BOX 660369<br>Dallas, TX 75266 | | | 183,212.00 |
| EAST SIDE REALTY TRUST<br>C/O THE MEG COMPANIES<br>25 ORCHARD VIEW DRIVE<br>Londonderry, NH 03053 | EAST SIDE REALTY TRUST<br>C/O THE MEG COMPANIES<br>25 ORCHARD VIEW DRIVE<br>Londonderry, NH 03053 | | | 162,761.00 |
| SLEEP, INC.<br>PO BOX 2126<br>Corsicana, TX 75151-2126 | SLEEP, INC.<br>PO BOX 2126<br>Corsicana, TX 75151-2126 | | | 162,109.00 |
| Massachusetts Dept of Revenue<br>PO Box 7010<br>Boston, MA 02204 | Massachusetts Dept of Revenue<br>PO Box 7010<br>Boston, MA 02204 | | | 136,609.00 |
| UNISOURCE MANAGEMENT CORP.<br>c/o Mayer, Antonellis, Jachowicz & Haran<br>439 Worchester Rd.<br>Framingham, MA 01701-0966 | UNISOURCE MANAGEMENT CORP.<br>c/o Mayer, Antonellis, Jachowicz & Haran<br>439 Worchester Rd.<br>Framingham, MA 01701-0966 | | | 123,006.00 |
| National Grid<br>PO BOX 11739<br>Newark, NJ 07101 | National Grid<br>PO BOX 11739<br>Newark, NJ 07101 | | | 101,737.00 |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  Building #19, Inc.  
                  Debtor(s)     Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CITIZENS BANK<br>P.O. BOX 9799<br>Providence, RI 02940-9799 | CITIZENS BANK<br>P.O. BOX 9799<br>Providence, RI 02940-9799 | | | 98,932.00 |
| 409 COLUMBIA ROAD NOMINEE TRUST<br>P.O. BOX 432<br>ROCKLAND, MA 02370 | 409 COLUMBIA ROAD NOMINEE TRUST<br>P.O. BOX 432<br>ROCKLAND, MA 02370 | | | 88,336.00 |
| TOWN OF NATICK COLLECTOR'S OFFICE<br>P.O. BOX 604<br>Natick, MA 01760-0604 | TOWN OF NATICK COLLECTOR'S OFFICE<br>P.O. BOX 604<br>Natick, MA 01760-0604 | | | 63,649.00 |
| TONY'S BAKERY<br>P.O. BOX 1301<br>FALL RIVER, MA 02722 | TONY'S BAKERY<br>P.O. BOX 1301<br>FALL RIVER, MA 02722 | | | 63,111.00 |
| Rhode Island Division of Taxation<br>Compliance & Collection<br>One Capital Hill<br>Providence, RI 02908-5812 | Rhode Island Division of Taxation<br>Compliance & Collection<br>One Capital Hill<br>Providence, RI 02908-5812 | | | 57,923.00 |
| CONSOLIDATED CLOTHIERS, INC.<br>4117 BILLY MITCHELL DR.<br>Addison, TX 75001 | CONSOLIDATED CLOTHIERS, INC.<br>4117 BILLY MITCHELL DR.<br>Addison, TX 75001 | | | 45,497.00 |
| UPPER VALLEY PRESS, INC.<br>P.O. BOX 459<br>North Haverhill, NH 03774-0459 | UPPER VALLEY PRESS, INC.<br>P.O. BOX 459<br>North Haverhill, NH 03774-0459 | | | 42,469.00 |
| NEW HORIZON COMMUNICATIONS<br>P.O. BOX 981073<br>BOSTON, MA 02298-1073 | NEW HORIZON COMMUNICATIONS<br>P.O. BOX 981073<br>BOSTON, MA 02298-1073 | | | 41,950.00 |
| KDI, LLC<br>6 EAST 46TH STREET<br>New York, NY 10017 | KDI, LLC<br>6 EAST 46TH STREET<br>New York, NY 10017 | | | 41,283.00 |
| JEFFCO FIBRES, INC.<br>P.O. BOX 816<br>WEBSTER, MA 01570 | JEFFCO FIBRES, INC.<br>P.O. BOX 816<br>WEBSTER, MA 01570 | | | 37,390.00 |
| EARTHLINK BUSINESS<br>P.O. BOX 88104<br>Chicago, IL 60680-1104 | EARTHLINK BUSINESS<br>P.O. BOX 88104<br>Chicago, IL 60680-1104 | | | 37,016.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Building #19, Inc.**  
_____  
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  _11/1/13_          Signature  _/s/ William Elovitz_  
                                    **William Elovitz**  
                                    **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.